UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

NICOLE WILLIAMSON, SARAH BARRETT, and SHANNON TERRELL, on behalf of themselves and all others similarly situated,

                    Plaintiffs,

      v.

ROBERT MACIOL, Oneida County Sheriff, in his official capacity; and LISA ZUREK, Chief Deputy Oneida County Jail, in her official capacity.

                    Defendants.

-------------------------------------------------------------x

20-CV-00537 (MAD)(DJS)

---

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

---

     **PLEASE TAKE NOTICE,** that on July 7, 2020 at 10 a.m., the plaintiffs will move this Court for an Order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining defendants to restore the plaintiffs, and the class they represent, to the housing conditions, privileges, and benefits enjoyed by similarly situated male inmates along with such other relief as the Court deems proper. In support of this motion, plaintiffs submit their memorandum of law; and the declaration of Joshua Cotter dated June 10, 2020, and all the exhibits annexed thereto.

Dated: June 10, 2020
Syracuse, New York

Respectfully submitted,

S/Joshua Cotter
Joshua Cotter, Esq. (Bar No: 518217)
Sara Adams, Esq. (Bar No: 701824)
Maurie Heins, Esq.  (Bar No:101952)

        Samuel C. Young (Bar No: 508916)
        LEGAL SERVICES OF CENTRAL NEW YORK
        221 S. Warren Street, Suite 300
        Syracuse, NY 13202
        jcotter@lscny.org