**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-two.

_____

Sarah Barrett, on behalf of themselves and all others similarly situated,

   Plaintiffs - Appellees,

v.

Robert Maciol, Oneida County Sheriff, Lisa Zurek, Chief Deputy Oneida County Jail,

   Defendants - Appellants.

_____

**ORDER**

Docket No. 22-200

Appellants filed a notice of appeal in the above-referenced matter. On June 14, 2022 Appellants were granted an extension of time to August 12, 2022 file their principal brief. Appellants failed to submit a brief. Upon consideration thereof,

IT IS HEREBY ORDERED that Appellants' brief must be filed on or before September 23, 2022. The appeal will be dismissed effective September 23, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/18/2022